The Honorable Tana Lin
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE JAIR MOSQUERA CAMACHO,

Petitioner,

v.

LAURA HERMOSILLO, Acting Field Office Director of Enforcement and Removal Operations, Seattle Field Office, Immigration and Customs Enforcement (ICE); *et al.*,

Respondents.

Case No. 2:25-cv-02457-TL-SKV

JOINT STIPULATION AND [~~proposed~~] ORDER SETTING BRIEFING SCHEDULE

Noted for Consideration:
Today

COMES NOW Petitioner, by and through his counsel, Stephen Robbins, and Federal Respondents,[1] by and through their counsel, Charles Neil Floyd, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to this Court's Order on Motion for Temporary Restraining Order (Dkt. 8) and Minute Order (Dkt. 11).

---

[1] Respondent Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

JOINT STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE
[2:25-cv-02457-TL-SKV] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

WHEREAS Federal Respondents do not oppose Petitioner's motion for a temporary restraining order and agree to not (1) remove Petitioner from this Court's jurisdiction, or (2) transfer him from the Northwest ICE Processing Center in Tacoma, Washington, or to any other facility while these proceedings are pending, unless transfer is necessary for medical evaluation, treatment, or release.

WHEREAS the parties have agreed to a briefing schedule on Petitioner's habeas petition as follows: Federal Respondents' Return shall be due on December 29, 2025, and Petitioner's Traverse shall be due on January 5, 2026.

SO STIPULATED.

DATED this 11th day of December, 2025.

CHARLES NEIL FLOYD
United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov

*Attorney for Federal Defendants*

*I certify that this memorandum contains 148 words, in compliance with the Local Civil Rules.*

SO STIPULATED.

DATED this 11th day of December, 2025.

JOINT STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE
[2:25-cv-02457-TL-SKV] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

s/*Stephen Robbins*
STEPHEN ROBBINS, WSBA No. 53398
ROBBINS LAW, PLLC
6 South 2nd Street #1002
Yakima, Washington 98901
Phone: 509-823-4523
Email:  stephen@robbinsimigration.com

*Attorney for Petitioner*

# ORDER

IT IS SO ORDERED.

DATED this 12th day of December, 2025.

_____
TANA LIN
United States District Judge

JOINT STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE
[2:25-cv-02457-TL-SKV] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970